UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 14-10071-CIV-KING

RICHARD E. WARNER, JOHN W. PARENTE,
and JOSEPH E. ARDOLINO,

    Plaintiffs,

vs.

CITY OF MARATHON, MICHAEL CINQUE,
RALPH LUCIGNANO, THE STUFFED PIG,
INC., and CSV, INC.

    Defendants.
_____/

## ORDER ON THE MANDATE

Pursuant to the Opinion and Order of the United States Court of Appeals for the Eleventh Circuit in the above-styled case, issued December 8, 2017, and the Mandate **(DE #100)**, entered February 1, 2018, this Court's Final Order of Dismissal (DE #67) has been affirmed in part, and vacated in part. The Eleventh Circuit has affirmed this Court's dismissal, with prejudice, of Counts II through VIII of the Third Amended Complaint. The Eleventh Circuit has vacated this Court's dismissal of Count I with prejudice, and has remanded the case for this Court to enter an Order dismissing Count I of Plaintiffs' Third Amended Complaint without prejudice for lack of subject matter jurisdiction.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** as follows:

1. The December 8, 2017 opinion of the United States Court of Appeals for the Eleventh Circuit be, and the same is hereby, **ADOPTED** and made the Order of this Court.

1

2. This Court's Final Order of Dismissal (DE #67) is **VACATED IN PART** to the extent that it dismissed Count I of Plaintiffs' Third Amended Complaint with prejudice.

3. Count I of Plaintiffs' Third Amended Complaint be, and the same hereby is, **DISMISSED without prejudice** for lack of subject matter jurisdiction.

4. The Clerk shall **CLOSE** this case.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 5th day of February, 2018.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record